# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN DWAYNE ISAIA MITCHELL, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | No. 4:24-cv-00100-SEP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On November 7, 2023, Movant mailed a pro se motion to the Court requesting permission to file a notice of appeal out of time in his closed criminal case, *United States v. Mitchell*, Case No. 4:21-cr-00252-SEP. In the motion, Movant indicated that he wanted to appeal his conviction, but his attorney did not timely file a notice of appeal. *Id*. The Court construed the filing as a motion for relief from judgment, administratively terminated the motion, and opened this civil action under 28 U.S.C. § 2255. *See* Doc. [1].

When a court *sua sponte* characterizes a filing as a § 2255 motion, the movant must be given the opportunity to either consent to the classification or withdraw the filing. *See Morales v. United States*, 304 F.3d 764, 767 (8th Cir. 2002).

Movant is warned that if he consents to the classification of his filing as a motion under § 2255, the motion and any future § 2255 motions will be subject to the restrictions on filing second or successive motions. That is, Movant will not be permitted to bring a second or successive § 2255 motion unless the United States Court of Appeals for the Eighth Circuit certifies that the second or successive motion meets the requirements set forth in § 2255(h)(1)-(2). Movant is also warned that § 2255 motions are subject to a one-year limitations period. *See* 28 U.S.C. § 2255(f).

If Movant consents to the characterization of his filing as a § 2255 motion, he must inform the Court of his decision, in writing, and file an amended § 2255 motion on the Court-provided form within 30 days of the date of this Order. *See* E.D. Mo. L.R. 2.06(A). If Movant opposes the characterization or fails to respond to this Order, the Court will dismiss the action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Movant shall have thirty (30) days from the date of this Order to formally consent, in writing, to the Court's characterization of his filing as § 2255 motion.

**IT IS FURTHER ORDERED** that if Movant consents to the characterization, then he must file an amended § 2255 motion on the Court-provided form within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if Movant does not consent to the characterization of the filing as a § 2255 motion, or if Movant fails to timely respond to this Order, then the Court will dismiss the action without prejudice.

**IT IS FINALLY ORDERED** that the Clerk shall mail to Movant a copy of the Court's form motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.

Dated this 1st day of February, 2024.

_____
SARAH E. PITLYK
UNIED STATES DISTRICT JUDGE